

Entered on Docket
December 28, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

5  IN RE:                                      Chapter 13
   **JOSE PALOMINO**                           BKS-10-30911-LBR
   **CLAUDIA GARCIA DE PALOMINO**
6
                                               Hearing Date: N/A
7            **Debtors**                       Hearing Time: N/A

8  **PRO SE DEBTOR**
   **Attorney for Debtors**

9           **EX-PARTE ORDER DISMISSING CHAPTER 13**
            **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10

11     As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12  filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

    forty-five (45) day period, which expired on December 17, 2010.
13
    . . .
14
    . . .
15
    . . .
16

17

18

19

20

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: December 23, 2010
(tsw)